824

No. 77–1607. JOHNSON, DRAKE & PIPER, INC. v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 77–1608. HERNANDEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–1610. ALMAND v. UNITED STATES; and
No. 77–6758. VILLAREAL ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: No. 77–1610, 565 F. 2d 927; No. 77–6758, 565 F. 2d 932.

No. 77–1612. STIRLING ET AL. v. UNITED STATES; and
No. 77–1761. PHILLIPS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 571 F. 2d 708.

No. 77–1614. BOWEN, GOVERNOR OF INDIANA, ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–1616. NELSON v. DEFENSE LOGISTICS AGENCY. C. A. 5th Cir. Certiorari denied.

No. 77–1617. LACKLEN v. CAMPBELL, CHAIRMAN, CIVIL SERVICE COMMISSION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–1622. WRIGHT ET AL. v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–1624. PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE v. SEACOAST ANTI-POLLUTION LEAGUE ET AL. C. A. 1st Cir. Certiorari denied.

No. 77–1628. CELEBRITY, INC. v. A & B INSTRUMENT CO., INC., ET AL. C. A. 10th Cir. Certiorari denied.